AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Shanaz Begum, Tamara Williams, and Alex Lam ) | CV 10- 2014 |
| _Plaintiff_ ) | |
| v. ) | Civil Action No. |
| JPMorgan Chase Bank, N.A., Chase Home Finance, ) | |
| LLC, and Washington Mutual Bank ) | |
| _Defendant_ ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JPMorgan Chase Bank, N.A.
1111 Polaris Parkway
Columbus, Ohio 43240

AMON, J.

LEVY, M.J.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Harvey Epstein, Esq.
Carmela Huang, Esq.
Edward De Barbieri, Esq.
Urban Justice Center
123 William Street, 16th Floor
New York, NY 10038

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ROBERT C. HEINEMANN
*CLERK OF COURT*

Date: MAY 6 2010

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JP Morgan Chase Bank, N.A.
was received by me on *(date)* May 5, 2010 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* ~~Ae~~ Aixa Flores - Process Specialist, CT Corp. , who is
designated by law to accept service of process on behalf of *(name of organization)*
JP Morgan Chase Bank, N.A. on *(date)* May 5, 2010 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: May 5, 2010

*Server's signature*

CARMELA HUANG, STAFF ATTORNEY
*Printed name and title*

123 William St, 16th Fl, NY, NY 10038
*Server's address*

Additional information regarding attempted service, etc: